UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
VS.

CASE/CITATION NO: ~~6077653~~ 2:14CR00248-AC

ARTURO TURCES

ORDER TO PAY

SOCIAL SECURITY #: _____ 79 V1 _____
DATE OF BIRTH: 3 21 84
DRIVER'S LICENSE #: D4526951
ADDRESS: 2068 palm Beach wy
         San Jose      CA      95122
         CITY          STATE   ZIP CODE

**FILED**
SEP 09 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: 9/9/14                              _____
                                          DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

(X) Fine: $ 500 and a penalty assessment of $ 10 for a TOTAL AMOUNT OF: $ 510 within 3 days/months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
PAY BY: 12/9/14
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

PAY~~MENTS must be~~ made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

**CENTRAL VIOLATIONS BUREAU**
**PO BOX 70939**
**CHARLOTTE, NC 28272-0939**

CLERK, USDC
2500 TULARE ST., RM. 1501
FRESNO, CA 93721-1322

CLERK, USDC
501 I STREET, STE. 4-200
SACRAMENTO, CA 95814-2322

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 9/9/14                              _____
                                          U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET                                                                    EDCA–3